AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Mike Seko, an individual, <br><br> *Plaintiff(s)* <br> v. <br> Field Asset Services, Inc.; Field Asset Services, LLC; Xome Field Services LLC; Cyprexx Services, LLC; and DOES 1-10, <br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SEE ATTACHMENT A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chiharu G. Sekino
MILLER SHAH LLP
1230 Columbia Street, Suite 1140
San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

**ATTACHMENT A**

Field Asset Services, Inc.
c/o Becky Degeorge
2710 Gateway Oaks Drive
Sacramento, CA 95833


Field Asset Services, LLC
c/o Becky Degeorge
2710 Gateway Oaks Drive
Sacramento, CA 95833


Xome Field Services LLC
c/o Becky Degeorge
2710 Gateway Oaks Drive
Sacramento, CA 95833


Cyprexx Services, LLC
c/o Becky Degeorge
2710 Gateway Oaks Drive
Sacramento, CA 95833